IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BENJAMIN WHITE, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. SA-17-CA-0115-FB |
| KLX ENERGY SERVICES, LLC, | § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF
## FLSA SETTLEMENT AND MOTION FOR DISMISSAL OF LAWSUIT

Before the Court is the Joint Motion for Approval of FLSA Settlement and Motion for Dismissal of Lawsuit filed May 23, 2017 (docket #6), jointly by the plaintiff and defendant in this case. Having considered the pleadings and having reviewed the parties' joint motion for approval of this FLSA settlement and the terms and conditions set forth in the Settlement Agreement and Release filed under seal, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The settlement of this action: (a) is fair to all parties; (b) reasonably resolves a *bona fide* disagreement between the parties concerning the merits of the claims asserted in the action; and (c) demonstrates a good faith intention by the parties that the plaintiff's claims be fully and finally resolved. Accordingly, the Joint Motion (docket #6) is GRANTED and the Settlement is hereby APPROVED by the Court.

2. The parties are directed to implement and complete the settlement pursuant to the Settlement Agreement and Release.

3. This case and all claims asserted in the lawsuit are HEREBY DISMISSED WITH PREJUDICE in accordance with the Agreement.

4. Each party shall bear his/its own costs and attorneys' fees EXCEPT as otherwise provided in the Settlement Agreement and Release.

5. The case is now CLOSED. Motions pending, if any, are also DISMISSED.

It is so ORDERED.

SIGNED this 25th day of May, 2017.

                                            FRED BIERY
                                            UNITED STATES DISTRICT JUDGE